FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRY LYNN ROBINSON,<br>　　　　Petitioner,<br>　　v.<br>DOMINGO URIBE, JR.,<br>　　　　Respondent. | Case No. CV 12-09823 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: May 14, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2013
CENTRAL DISTRICT OF CALIFORNIA
BY rhy DEPUTY