FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRY LYNN ROBINSON, | Case No. CV 12-09823 PA (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, JR., | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: May 14, 2013

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY rhy          DEPUTY